```
CLERK'S Cert of Transmittal of t/following:
1997
NOV. 28  1 COMPLAINT/Demand for Jury Trial; Summons Issued

1998
MAR. 18  2 EX PARTE Motion for Extension of 120-Day Service Deadline; 3-18-98 Declaration of Bruce L. Jorgensen; Exhibits "I - 5"
MAR. 19  3 ERRATA re. ex "3" appended to ex parte mtn for extension of 120-day service deadline.
         4 ORDER granting ex parte mtn for extension of 120-day service deadline. gp
MAR. 26  5 STIPULATION re Striking Portions of ExParte Motion for Extension of 120 Day Service Deadline and Order
APR. 14  6 NOTICE re Status Conference (April 29, 1998 at 10:00 a.m.)
MAY 01   7 CERTIFICATE of Service
JUL. 02  8 FIRST Amended Complaint; Exhibit 'T'; Demand for Jury Trial
JUL. 31  9 RETURN of Service (Summons on Life Support Systems Hawaii, Inc.)
        10 EX PARTE Motion (1) to File Second Amended Complaint; and (2) for Extension of CV 97-0070 and CV-98-0008 120 Day Service Deadlines; July 31, 1998 Declaration of Bruce L. Jorgensen; Certificate of Service
AUG. 03 11 ORDER Granting Ex Parte Motion
AUG. 12 12 ANSWER
AUG. 19 13 ENTRY of Appearance (John D. Osborn for Seaco/Elliot, Inc and Johnson Worldwide)
SEP. 18 14 EX PARTE Mo to Extend 120 Day Service Deadline to October 21, 1998; Declaration and Exhibits
SEP. 21 15 STIPULATION and ORDER granting Ex PArte Motion to extend service deadline
OCT. 23 16 EX PARTE Motion to Extend 120 Day SErvice Deadline to December 15, 1998; Oct. 23, 1998 Declaration of Bruce L. Jorgensen; . Exhibits 1-15
        17 ORDER Granting Ex Parte Motion to Extend 120-Day Service Deadline to 12/15/98
NOV. 03 18 SECOND AMENDED COMPLAINT; Exhibits 1-2; Demand for Trial by CNMI Jury
NOV.:04 19 RETURN of Service (Seaco/Elliot, Inc)
        20 RETURN-lof Service (Johnson Worldwide Associates)
NOV. 10 21 APPLICATION to appear Pro Hac Vice and Designation of local counsel,
        22 CONSENT to designation of John 0rn by Trevor J. Will.
NOV. 12 23 ORDER Granting Applciation of Trevor J. Will admission to Practice Pro Hac Vice;
        24 CERTIFICATE of Service
NOV. 13 25 Return of Ser#ice - (Summons on International Bridge and Construction)
        26 Return of Service - (Summons on International Bridge)
        27 Return of Service - (Summons on American Bureau of Shipping)
NOV.- 24 28 ANSWER of SEACO/ELLIOTT and JOHNSON WORLDWIDE assoc. to Pltf.s Second Amended Cmplt
NOV. 27 29 ANSWER And Cross-Claim Of Pacific Indemnity Insurance Co.
DEC. 01 30 ANSWER to second amended complaint by defs Intl Bridge Const/Marianas Inc. & Intl Bridge Corp.
DEC. 07 31 RETURN of Service (Inflatable Survival Systems, Inc.)
        32 RETURN of Service (SMR Technologies, Inc.)
        33 RETURN of Service (Life Support Systems HAwaii, Inc.)
.DEC. 10 34 ANSWER To Second Amended Complaint
DEC. 14 35  ANSWER of SMR Technologies, Inc. to Plaintiffs' Second Aliendid Complaint;   Affirmative Defenses
DEC. 15 36 ANSWER of Inflatable Survival Systems, Inc. to Plaintiff's'Seco cl,,Anie~`Aed Complt ib
    Affirmative Defenses
JAN. 05 37 PROOF of Service
```

```
   38 PROOF of Service
   39 RETURN of Service (Summons on Pacific Indemity Ins.)
   40 RETURN of Service (Summons on Oceaneer Enterprises, Inc.)
   41 RETURN of Service (Summons on Jurgen Unterberg) 11
 JAN. 06 42 ANSWER to Second Amended Complaint   43 DECLARATION of Service
```

1999
FEB. 05 44 ENTRY OF APPEARANCE as co0c nsl for def Pacific Indemnity Ins. Co.

45 CERTIFICATE of service of Ans er & cross-claim, etc.
FEB. 12 46 ANSWER of Inflatable Survivial Systems, Inc. to Cross Claim of Pacific Indemnity
Insurance Co; Affirmative Defenses
47 ANSWER of SMR Technologies, Inc. to Cross Claim of PAcific Indemnity Ins. Co;
Affirmative Defenses
FEB. 18 48 PROOF of Service
49 PROOF of Service11
MAY 03 50 NOTICE of Motion & Motion for Summary Judgment, Hrg: JUNE 3, 1999 at 9:00 a.m.
 51 MEMORANDUM in spprt of Mtn for S/J.
 52 AFFIDAVIT of Robert Ayers.
 53 AFFIDAVIT of David E. Genovese
 54 AFFIDAVIT of Oscar J. Mifsud.
MAY 07 55 PROOF of Service
MAY 21 56 PLAINTIFF'S (i) Opposition to Deft SMR Technologies Inc s May 3, 1999 Motion;
    and (ii) FED. R. CIV. P 56 (f) Counter Motion; Exhibits "I" - 114011
MAY 26 57 OPPOSITION of Defendant Pacific Indemnity Insurance Company to SMR Technologies,
Inc.'s Motion for Summary Judgment
58 DEFENDANTS IBC/M and IBC's Opposition to Deft SMR Technologies, Inc's Motion for Summary Judgment
MAY 28 59 REPLY Brief in Support of Motion for Summary Judgment and Motion to Strike
60 DECLARATION of Robert J. O'Connor
JUNE 01 61 PROOF of Service
JUN 03 62 MINUTE ENTRY: Hearing on Mo for Summary Judgment. Atty Bruce Jorgensen for
Pltfs. Atty Paul LAwlor for International Bridge. Atty Jed Horey for SMR Technologies. After hearing oral arguments, Ct. stated that the matter would be taken under advisement and that a written order would be forthcoming.
63 NOTICE of ORDER after hearing SMR's Mo for Summary Judgment and Pltf's Mo, tobe allowed to Conduct Discovery
 64 ORDER re Case Management Conference (June 18, 1999 at 9:00 a.m.)
JUN 11 65 MEMORANDUM Concerning Propriety of 28 U.S.C. 1391 Venue
 66 POINTS and Authorities re Venue
 67 ME140RANDUM RE: Venue; Exhibits 11111 - '191t
JUN 14 68 ORDER Dismissing w/out prejudice Deft Wardle Storeys, PLC
 69 ANSWER to Cross Claim of PAcific Indemnity Insurance Co.
JUN 15 70 DECLARATION of Service
 71 PROOF of Service
 72 NOTICE re Case Mngmnt Conf. of June 18, 1999 (taken off-calendar)
JUN. 29 73 ORDER RE: Venue (This and 3 other lawsuits are transferred to the District
    Court of Guam, with Judge Munson presiding until conclusion).;   [CBW EOD 07/06/1999]